IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAJOR KYLE PETROSKEY<br>11418 Rockville Pike<br>Apartment 1508<br>North Bethesda, Maryland 20852<br><br>and<br><br>JAMIE PETROSKEY<br>11418 Rockville Pike<br>Apartment 1508<br>North Bethesda, Maryland 20852<br><br>              Plaintiffs,<br><br>vs.<br><br>DAVID C. GRANT, M.D.<br>2131 Yorktown Road<br>Washington, DC 20012<br><br>and<br><br>CENTER RADIOLOGY, P.C.<br>110 Irving Street NW<br>Washington, DC 20010<br><br>SERVE:    National Registered Agents, Inc.<br>                  1090 Vermont Avenue NW<br>                  Washington, DC 20005<br><br>              Defendants | Case Number: |

## **COMPLAINT**

Plaintiffs, Major Kyle Petroskey and Jamie Petroskey, by and through their attorneys, Andrew E. Greenwald, Esquire, Steven B. Vinick, Esquire and Christopher M. FitzPatrick, Esquire and the law offices of Joseph, Greenwald & Laake, P.A., hereby submit this Complaint against David C. Grant, M.D., and Center Radiology, P.C. jointly and severally, and for cause state as follows:

## JURISDICTION AND PARTIES

1.     Plaintiff Major Kyle Petroskey is a United States Military Officer in the United States Army who was commissioned as an officer in the United States Army upon his graduation from The United States Military Academy at West Point in 2001. He is a resident of Montgomery County, Maryland having a residential address of 11418 Rockville Pike, Apt#1508, North Bethesda, Maryland 20852.   He is a domiciliary of the state of Michigan.

2.     Plaintiff Jamie Petroskey is the wife of Major Kyle Petroskey and a resident of Montgomery County, Maryland and resides with her husband at their residential address which is 11418 Rockville Pike, Apt#1508, North Bethesda, Maryland 20852. She is a domiciliary of the state of Michigan.

3.     The Defendant, David C. Grant, M.D., is a licensed medical physician and radiologist in the District of Columbia with a present professional address of 2131 Yorktown Road, Washington, DC 20012. He is trained to provide radiological and medical care to patients in the District of Columbia and the State of Maryland, and at all times pertinent held himself out to the community in general and to the Plaintiff, Major Kyle Petroskey, that he was medically trained in the field of radiology and has the skill, training, and experience to review and interpret CT scans and diagnostic and radiological studies.

4.     The Defendant, Center Radiology, P.C. is a professional corporation engaged in the business of providing radiological care to patients in the District of Columbia and State of Maryland and has a current business address of 110 Irving Street NW, Washington, DC 20010.

5.     At all times hereinafter set forth, Defendant David C. Grant, M.D. was a principal and/or an actual or apparent agent, servant, or employee of Center Radiology, P.C. in providing services to the Plaintiff, Major Kyle Petroskey.

6. At all times hereinafter, Defendant Center Radiology, P.C was an employer and supervisor of David C. Grant, M.D. and equally responsible in providing proper medical care within the standard of care to the Plaintiff, Major Kyle Petroskey.

7. The matter in controversy exceeds $75,000.00 and the Plaintiffs and Defendants are diverse as set forth in 28 U.S.C., §1332. Accordingly, this Honorable Court has diversity jurisdiction with respect to this action.

8. Notice was given pursuant to the provisions of §16-2802 of the District of Columbia Code. A copy of the Notice is attached as Exhibit 1.

## FACTS COMMON TO ALL CAUSES OF ACTION

9. Plaintiffs adopt and incorporate by reference paragraphs 1-8 as if fully set forth herein.

10. Major Petroskey is a United States Army combat black hawk helicopter pilot veteran, having served two previous tours in Iraq from January 2005- February 2006, and from April 2007- August 2008. Major Petroskey also had previously served in combat in Afghanistan between November 2009 and June 2010.

11. On or about October 7, 2011, Major Petroskey experienced severe burning in the chest, difficulty breathing, and shortness of breath and increased symptoms of coughing up large spectrums of bloody sputum.

12. On or about October 7, 2011, the Plaintiff, Major Petroskey was seen by Dr. Tramont, a physician assigned to Patuxent Naval Station in St. Mary's County. Dr. Tramont physically examined Major Petroskey and immediately referred him to Jyoti Shah, M.D.

13. On October 7, 2011, Major Petroskey was immediately seen by Jyoti Shah, M.D. Dr. Shah performed a past medical history and conducted a physical examination. Dr. Shah

wrote in her assessment plan in her office chart on October 7, 2011 that "this is a 32 year old male with cough, burning in his chest and hemoptysis (coughing up blood or bloody sputum) x 2. Dr. Shah's differential diagnosis included allergy versus acid reflux and noted that none of the symptoms could explain the coughing up blood except it was from excessive coughing. Dr. Shah prescribed Allegra 180 mm q.d., Protonix 40 mg b.i.d., ordered a CT scan of the chest with contrast to rule out any underlying problem which was not seen on a chest X ray and advised the patient to follow up in two weeks." Dr. Shah did not order the CT scan "stat" and did not admit Major Petroskey to the hospital.

14. After seeing Dr. Shah on October 7, 2011, Major Petroskey's symptoms included burning in the chest, shortness of breath, difficulty breathing and severe coughing up of blood continued to worsen.

15. On October 17, 2011, Major Petroskey was taken by his wife, Plaintiff Jamie Petroskey, to St. Mary's County Hospital Emergency Room. He was admitted to the Emergency Room at approximately 9:36 p.m. and was examined by an Emergency Room Physician named Kristin Keil, M.D. Dr. Keil noted that Major Petroskey presented with difficulty breathing and had been experiencing burning in the chest, cough, and coughing up blood (hemopytysis). A CT scan of the chest with contrast was ordered by Dr. Keil. The CT scan was reviewed on October 17, 2011 by Defendant David Grant, M.D., a radiologist who is affiliated with Defendant Center Radiology, P.C. The chest CT scan was interpreted incorrectly by the radiologist who stated in his overall Impression: "Normal CT angiogram of the chest with contrast."

16. On or about October 25, 2011, Major Petroskey was referred to Dr. Anil Kankaria, a gastroenterologist who performed a barium esophogram on October 25, 2011 and an endoscopy on November 2, 2011. After performing the endoscopy, Dr. Kankaria advised Major

4

Petroskey that his gastrointestinal tract was clear and opined that Major Petroskey's symptoms of coughing up blood and burning in his chest was not gastrointestinal related.

17. On or about November 2, 2011, Jyoti Shah, M.D. performed a bronchoscopy on the Plaintiff, Major Petroskey. Dr. Shah informed Major Petroskey as well as his wife, Jamie Petroskey, that when performing the procedure she [Dr. Shah] struggled with the bronchoscopy procedure and had difficulty getting the scope down to inspect the trachea area. During the beginning part procedure, Major Petroskey had severely "gagged" during the procedure and Dr. Shah had extreme difficulty guiding the bronchoscopy scope down to fully examine the trachea.

18. On or about June 6, 2012, Plaintiff Major Petroskey was diagnosed at Walter Reed National Military Medical Center with Stage III–A tracheal squamous cell carcinoma. The CT scan report dated June 6, 2012 at Walter Reed interpreted by Dr. Robert Walter clearly showed a large mass that invaded the tracheal lumen that measured 4.4 cm AP by 2.7 cm transverse by 4.8 cm

19. By January 2013, the cancer metastasized to the skull behind the right ear, left shoulder, right forearm and subsequently to the face and nose.

20. Plaintiff Kyle Petroskey underwent extensive and intense chemotherapy and radiation treatment at Walter Reed National Military Center from June 2012- April 2013, and subsequently from May 2013 to December 2013 at the National Institutes of Health, and then once again, he returned for further chemotherapy and radiation treatment at Walter Reed from December 2013 to April 2014. Major Petroskey continues to undergo chemotherapy and radiation treatment at Walter Reed presently today. The disease has now advanced to Stage IV and Major Petroskey's present condition and prognosis is terminal, and he has been advised by his treating oncologists that he will, in all substantial likelihood, die from this disease.

## COUNT I
### (Medical Malpractice)

21. Plaintiffs adopt and incorporate by reference paragraphs 1-20 of this Complaint with the same effect as if herein fully set forth.

22. The standard of care required that the Defendant, David C. Grant, M.D., carefully review the October 17, 2011 CT scan that was taken at St. Mary's Hospital. Secondly, the standard of care required the Defendant, David C. Grant, M.D., to report that a suspicious mass was visible on the October 17, 2011 CT scan. Thirdly, the standard of care required that the Defendant, David C. Grant, M.D., properly inform and alert the St. Mary's Hospital Emergency Room physician of an abnormal and/or suspicious finding. Fourthly, after an abnormal and suspicious finding upon the review of the CT scan, the standard of care required a recommendation for further diagnostic and medical testing. Lastly, the standard of care required that upon an abnormal and suspicious finding, a recommendation be made that the patient be examined by an interventional pulmonologist and a thoracic surgeon to investigate the suspicious and abnormal nature of the mass.

23. Defendants David C. Grant, M.D., Center Radiology, P.C. and their servants, agents and employees, all of whom were acting within the course and scope of their employment, failed to exercise reasonable skill and care and breached the standard of care by the following acts and/or omissions:

    a. Failure to carefully review the October 17, 2011 CT scan with contrast.

    b. Failure to report a suspicious mass that was visible on the October 17, 2011 CT scan as a soft tissue mass invading the right half of the trachea with an endoluminal irregularity.

      c.      Failure to properly inform and alert the St. Mary's County Hospital emergency room physician of this abnormal finding.

      d.      Failure to recommend further diagnostic and further medical testing.

      e.      Failure to properly report and recommend that the patient be examined by an interventional pulmonologist and thoracic surgeon to investigate the suspicious nature of the mass that was visible on the October 17, 2011 CT scan.

      f.      As well as other acts of negligence.

24. As a direct and proximate cause of the aforesaid negligence and breaches of the standard of care committed by Defendants David C. Grant, M.D. and Center Radiology, PC, Plaintiff Major Kyle Petroskey suffered an 8 month delay in diagnosis that permitted the tumor in the trachea to grow substantially in size, which extensively affected the size and staging of the tumor and deprived the Plaintiff the opportunity to have the tumor surgically resected. The extensive delay in diagnosis also substantially affected the overall survival rate for the Plaintiff, Major Kyle Petroskey, by decreasing the overall survival rate. Presently, the Plaintiff has advanced Stage IV squamous cell carcinoma that is terminal.

25. Furthermore, as a direct and proximate result of the aforesaid negligence and breaches of the standard of care, the Plaintiff, Major Kyle Petroskey, was caused to endure extensive and immense conscious pain and suffering, including but not limited to the following: extensive chemotherapy and radiation treatment, severe nausea and vomiting, severe fatigue, constipation, diarrhea, dizziness, severe weight loss, inability to eat, inability to drink due to pain, hair loss, severe memory loss due to being on morphine and heavy pain medication, inability to walk temporarily, and inability to drive for extensive periods of time, loss of enjoyment of life, severe emotion and physical pain and suffering of which are permanent as

7

well as a shortened life expectancy, loss of enjoyment of life, medical and other bills and expenses as well as a loss of future income.

26. The Plaintiff, Kyle Petroskey, as a result of the negligence as aforesaid also suffers from severe chest pain, pneumonia, severe skin changes, sinus congestion and infection, drug reaction due to chemotherapy, growth on face and nose, disfigurement of the face and nose, a lengthy hospital admission to Walter Reed National Military Medical Center for PEG feeding tube infection in July 2012, ringing in both the left and right ears, a hospital admission to Walter Reed National Military Medical Center in January 2013 for pneumonia, inability to engage in sexual relations, inability to conceive a child and the dangers to conceive a child during radiation and chemotherapy treatments because of the possibility of birth defects, marital stress, and anxiety.

WHEREFORE, the Plaintiff Major Kyle Petroskey demands judgment against the Defendants, David C. Grant, M.D., and Center Radiology, P.C., individually, jointly and severally in the amount of $50,000,000.00 together with interest and costs.

## COUNT II
**(Loss of Consortium)**

27. Plaintiffs Major Kyle Petroskey and Jamie Petroskey adopt and incorporate by reference the allegations contained in paragraphs 1-26 of this Complaint with the same effect as if herein fully set forth.

28. The Plaintiffs were husband and wife at the time of the occurrence referred to in this Statement of Claim, and they continue to be husband and wife.

29. The negligent and tortuous conduct of the Defendants, David C. Grant, M.D., and Center Radiology, P.C., caused injury to the marital relationship of the Plaintiffs, including *inter alia*, severe depression and post-traumatic stress disorder sustained by Plaintiff Jamie Petroskey

witnessing her husband suffer immensely from severe pain and suffering from extensive chemotherapy and radiation treatments, inability for her husband to engage in sexual relations and inability to conceive a child through sexual relations or by way of *in vitro* fertilization based on the severe risks of birth defects. The Plaintiffs have suffered loss of society, affection, assistance, companionship, consortium, and loss of impairment of sexual relations, as well as other damages.

WHEREFORE, the Plaintiffs Major Kyle Petroskey and Jamie Petroskey demand judgment against Defendants David C. Grant, M.D., and Center Radiology, P.C. jointly and severally for $50,000,000.00 together with interest and costs.

JOSEPH, GREENWALD & LAAKE, P.A.

By: /s/Andrew E. Greenwald
Andrew E. Greenwald, Esquire
Steven B. Vinick, Esquire
Christopher M. FitzPatrick, Esquire
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
(301) 220-2200
*Counsel for Plaintiffs*

Date: October 16, 2014

## JURY DEMAND

The Plaintiff demands a trial by jury as to all issues so triable.

                                                                JOSEPH, GREENWALD & LAAKE, P.A.

                                  By:       /s/Andrew E. Greenwald
                                               Andrew E. Greenwald, Esquire
                                               Steven B. Vinick, Esquire
                                               Christopher M. FitzPatrick, Esquire
                                               6404 Ivy Lane, Suite 400
                                               Greenbelt, MD  20770
                                               (301) 220-2200
                                               *Counsel for Plaintiffs*

Date:  October 16, 2014