IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAJOR KYLE PETROSKEY<br>and JAMIE PETROSKEY<br><br>    Plaintiffs,<br><br>*vs.*<br><br>DAVID C. GRANT, M.D., *et al.*<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>* | Case No.: 14-1735 (**RMC**) |

## NOTICE OF TAKING ORAL DEPOSITION DUCES TECUM OF ROBERT WALTER, M.D.

PLEASE TAKE NOTICE that on May 18, 2015 at 1:00 p.m., Plaintiffs, by counsel, will take the deposition of Robert Walter, M.D. at Walter Reed National Military Medical Center, 8901 Wisconsin Avenue, Bethesda, Maryland 20889, pursuant to the Rules of this Court.

The deposition will be recorded by stenographic, audiographic, and/or videographic means, and will be used for all purposes permitted under the Rules of Civil Procedure, including but not limited to, the trial of this case.

Said deposition is for the purpose of discovery and/or evidence, or both, at the trial of the above case, and shall be taken before an officer fully authorized by law to administer oaths, and will continue from day to day until complete.

## DUCES TECUM

Pursuant to this Notice the witness is required to produce at the deposition the following documents and/or things:

1. A copy of your curriculum vitae;

2. A complete and certified copy of the entire Walter Reed National Military Medical Center chart for all admissions of Major Kyle Petroskey from June 6, 2012 – April 2, 2015; and

3. Any notes, writings or memos that are in your possession regarding the medical care and treatment that you provided to Major Kyle Petroskey.

>Respectfully Submitted,
>
>JOSEPH, GREENWALD & LAAKE, P.A.
>
>BY:   __/s/Christopher M. FitzPatrick_____
>      Andrew E. Greenwald, #034918
>      Steven B. Vinick, #439359
>      Christopher M. FitzPatrick, #479917
>      6404 Ivy Lane, Suite 400
>      Greenbelt, Maryland 20770
>      (T) (301) 220-2200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2015, a copy of the foregoing Notice was served via ECF to the following:

Andrew J. Spence, Esquire, #421341
Steven Altman, Esquire, #954057
Altman, Spence, Mitchell & Brown
10306 Eaton Place, Suite 200
Fairfax, Virginia 22030

W. Mark Nebeker, Esquire, #396739
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, DC 20530
(202) 252-2536
mark.nebeker@usdoj.gov

>　　　　　　　　　　　　__/s/Christopher M. FitzPatrick_____
>　　　　　　　　　　　　Christopher M. FitzPatrick