IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMIE PETROSKEY, as Personal Representative of the Estate of KYLE DAVID PETROSKEY<br>5815 Linden Square Court#51<br>North Bethesda, Maryland 20852<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID C. GRANT, M.D.<br>2131 Yorktown Road<br>Washington, DC 20012<br><br>and<br><br>CENTER RADIOLOGY, P.C.<br>110 Irving Street NW<br>Washington, DC 20010<br><br>SERVE: National Registered Agents, Inc.<br>    1090 Vermont Avenue NW<br>    Washington, DC 20005<br><br>    Defendants. | Case No: 14-735 (RMC) |

## AMENDED COMPLAINT
### (Wrongful Death and Survival Action)

The Plaintiff, Jamie Petroskey, as Personal Representative of the Estate of Kyle David Petroskey, by and through her attorneys, Andrew E. Greenwald, Steven B. Vinick, and the law offices of Joseph, Greenwald and Laake, P.A., hereby submits this Amended Complaint against David C. Grant, M.D. and Center Radiology, P.C. jointly and severally, and for cause state as follows:

### JURISDICTION AND VENUE

1. The amount of the claim exceeds $75,000.00 and/or more than the limit of the monetary jurisdiction of the United States District Court for the District of Columbia. The

EXHIBIT 3

decedent, Major Kyle D. Petroskey, suffered a wrongful death and a great deal of conscious pain and suffering prior to his death. The survival action and the wrongful death claim are both substantial and exceed well in excess of $75,000.00.

2. Jurisdiction is proper pursuant to 28 U.S.C. Sec. 1332.

3. Venue of this claim is proper in the United States District Court for the District of Columbia.

4. The action is timely brought.

## **THE PARTIES**

5. The Plaintiff, Jamie Petroskey, is the surviving wife of Major Kyle D. Petroskey and the Personal Representative of his estate. Jamie Petroskey is presently a domiciliary of the state of Maryland, having a residential address of 5815 Linden Square Court #51, North Bethesda, Maryland 20852.

6. The Estate of Kyle David Petroskey was created by the Register of Wills for Montgomery County, Maryland under Estate File No. 83360. Attached is a copy of the Letters of Administration. (See Exhibit 1.)

7. The Defendant, David C. Grant, M.D., is a licensed medical physician and radiologist in the District of Columbia with a present professional address of 2131 Yorktown Road, Washington, DC 20012. Dr. Grant is trained to provide radiological and medical care to patients in the District of Columbia and the state of Maryland, and at all times pertinent held himself out to the community in general and to the decedent, Major Kyle Petroskey, that he was medically trained in the field of radiology and has the skill, training, and experience to review and interpret CT scans and diagnostic and radiological studies.

8. The Defendant, Center Radiology, P.C., is a professional corporation engaged in the business of providing radiological care to patients in the District of Columbia and the state of Maryland and has a current business address of 110 Irving Street NW, Washington, DC 20010.

9. At all times hereinafter set forth, the Defendant, David C. Grant, M.D., was a principal and/or an actual or apparent agent, servant, or employee of Center Radiology, P.C. in providing services to the decedent, Major Kyle Petroskey.

10. At all times hereinafter, the Defendant, Center Radiology, P.C, was an employer and supervisor of David C. Grant, M.D. and equally responsible in providing proper medical care within the standard of care to the decedent, Major Kyle Petroskey.

## COUNT 1 – WRONGFUL DEATH

11. The Plaintiff adopts and incorporates by reference paragraphs 1-10 of this Complaint as if fully set forth herein. The facts set forth below are common to all causes of action.

12. The decedent, Major Kyle D. Petroskey was a United States Army combat Black Hawk helicopter pilot veteran, having served two previous tours in Iraq from January 2005 to February 2006 and from April 2007 to August 2008. Major Petroskey had also previously served in combat in Afghanistan between November 2009 and June 2010.

13. On or about October 7, 2011, Major Petroskey experienced severe burning in the chest, difficulty breathing, shortness of breath and increased symptoms of coughing up large spectrums of bloody sputum.

14. On or about October 7, 2011, Major Petroskey was seen by Dr. Tramont, a physician assigned to Patuxent Naval Station in St. Mary's County. Dr. Tramont physically examined Major Petroskey and immediately referred him to Jyoti Shah, M.D.

15. On October 7, 2011, Major Petroskey was immediately seen by Jyoti Shah, M.D. Dr. Shah performed a past medical history and conducted a physical examination. Dr. Shah wrote in her assessment plan in her office chart on October 7, 2011 that "this is a 32 year old male with cough, burning in his chest and hemoptysis (coughing up blood or bloody sputum) x 2." Dr. Shah's differential diagnosis included allergy versus acid reflux and noted that none of the symptoms could explain the coughing up blood except it was from excessive coughing. Dr. Shah prescribed Allegra 180 mm q.d., Protonix 40 mg b.i.d., ordered a CT scan of the chest with contrast to rule out any underlying problem which was not seen on a chest x-ray and advised the patient to follow up in two weeks." Dr. Shah did not order the CT scan "stat" and did not admit Major Petroskey to the hospital.

16. After seeing Dr. Shah on October 7, 2011, Major Petoskey's symptoms, including burning in the chest, shortness of breath, difficulty breathing and severe coughing up of blood, continued to worsen.

17. On October 17, 2011, Major Petroskey was taken by his wife, Plaintiff Jamie Petroskey, to the emergency room of St. Mary's Hospital. He was admitted to the emergency room at approximately 9:36 p.m. and was examined by an emergency room physician named Kristin Keil, M.D. Dr. Keil noted that Major Petroskey presented with difficulty breathing and had been experiencing burning in the chest, cough, and coughing up blood (hemoptysis). A CT scan of the chest with contrast was ordered by Dr. Keil. The CT scan film was reviewed on October 17, 2011 by David Grant, M.D, a radiologist affiliated with Center Radiology, P.C. The chest CT scan was interpreted incorrectly by the radiologist who stated in his Overall Impression: "Normal CT angiogram of the chest with contrast."

4

18. On or about October 25, 2011, Major Petroskey was referred to Dr. Anil Kankaria, a gastroenterologist who performed a barium esophogram on October 25, 2011 and an endoscopy on November 2, 2011. After performing the endoscopy, Dr. Kankaria advised Major Petroskey that his gastrointestinal tract was clear and opined that Major Petroskey's symptoms of coughing up blood and burning in his chest was not gastrointestinal related.

19. On or about November 3, 2011, Jyoti Shah, M.D. performed a bronchoscopy on Major Petroskey. Dr. Shah informed Major Petroskey, as well as his wife, Mrs. Jamie Petroskey, that when performing the procedure she [Dr. Shah] struggled with the bronchoscopy procedure and had difficulty getting the scope down to inspect the trachea area. During the beginning part of the procedure, Major Petroskey had severely "gagged" during the procedure and Dr. Shah had extreme difficulty guiding the bronchoscopy scope down to fully examine the trachea.

20. After November 3, 2011, Jyoti Shah, M.D. never followed up and advised Major Petroskey regarding the laboratory results that she ordered and never advised him either in person or by phone that she was recommending a repeat bronchoscopy or any further medical or diagnostic testing.

21. From November 3, 2011 to June 6, 2012, Jyoti Shah, M.D. never closely followed or monitored Major Petoskey's medical condition.

22. On or about June 7, 2012, Major Petroskey was diagnosed at Walter Reed National Military Medical Center with Stage III–A tracheal squamous cell carcinoma. The CT scan report dated June 7, 2012 at Walter Reed interpreted by Dr. Robert Walter clearly showed a large mass that invaded the tracheal lumen that measured 4.4 cm AP by 2.7 cm transverse by 4.8 cm.

23. By January 2013, the cancer metastasized to the skull behind the right ear, left shoulder, right forearm and subsequently to the face and nose.

24. Major Petroskey underwent extensive and intense chemotherapy and radiation treatment at the Walter Reed National Military Medical Center from June 2012 to April 2013, then at the National Institutes of Health from May 2013 to December 2013, and subsequently returned for further chemotherapy and radiation treatment at Walter Reed from December 2013 to March 2015. Major Petroskey passed away on April 2, 2015 at the Walter Reed National Military Medical Center.

25. The standard of care required that the Defendant, David C. Grant, M.D., carefully review the October 17, 2011 CT scan film that was taken at St. Mary's Hospital. Secondly, the standard of care required the Defendant, David C. Grant, M.D., to report that a suspicious mass was visible on the October 17, 2011 CT scan film. Thirdly, the standard of care required that the Defendant, David C. Grant, M.D., properly inform and alert the St. Mary's Hospital emergency room physician of an abnormal and/or suspicious finding. Fourthly, after an abnormal and suspicious finding upon the review of the CT scan film, the standard of care required a recommendation for further diagnostic and medical testing. Lastly, the standard of care required that upon an abnormal and suspicious finding, a recommendation be made that the patient be examined by an interventional pulmonologist and a thoracic surgeon to investigate the suspicious and abnormal nature of the mass.

26. The Defendants, David C. Grant, M.D. and Center Radiology, P.C., and their servants, agents and employees, all of whom were acting within the course and scope of their employment, failed to exercise reasonable skill and care and breached the standard of care by the following acts and/or omissions:

    a.       Failure to carefully review the October 17, 2011 CT scan with contrast;

    b.       Failure to report a suspicious mass that was visible on the October 17, 2011 CT scan as a soft tissue mass invading the right half of the trachea with an endoluminal irregularity;

    c.       Failure to properly inform and alert the St. Mary's Hospital emergency room physician of this abnormal finding;

    d.       Failure to recommend further diagnostic and further medical testing;

    e.       Failure to properly report and recommend that the patient be examined by an interventional pulmonologist and thoracic surgeon to investigate the suspicious nature of the mass that was visible on the October 17, 2011 CT scan;

    f.       As well as other acts of negligence.

27.    As a direct and proximate cause of the aforesaid negligence and breaches of the standard of care committed by the Defendants, David C. Grant, M.D. and Center Radiology, P.C., the decedent, Major Kyle Petroskey, sustained an eight (8) month delay in diagnosis that permitted the tumor in the trachea to grow substantially in size and deprived Major Petroskey the opportunity to have the tumor surgically resected. The extensive delay in diagnosis proximately caused Major Petroskey's death on April 2, 2015.

28.    As a direct and proximate result of the aforesaid negligence, Major Kyle Petroskey suffered a wrongful death that was preventable. As a result of the wrongful death of Major Petroskey pursuant to the District of Columbia Code Section 16-2702, the Estate of Kyle David Petroskey has suffered such damages that are recognized under District of Columbia Law pertaining to wrongful death actions. These damages shall include, but not be limited to, funeral

and burial expenses, medical and hospital bills, pecuniary loss, and loss of consortium to the surviving spouse, Plaintiff Jamie Petroskey.

WHEREFORE, the Plaintiff, Jamie Petroskey, as Personal Representative of the Estate of Kyle David Petroskey, demands judgment against the Defendants, individually, jointly and severally, in the amount of FIFTY MILLION DOLLARS ($50,000,000.00) plus interest and costs incurred.

### COUNT 2 – SURVIVAL ACTION

29. The allegations of paragraphs 1 through 28 are adopted and incorporated as though fully set forth herein.

30. As a direct and proximate result of the aforesaid negligence and breaches of the standard of care previously mentioned above, the decedent, Major Kyle Petroskey, was caused to endure extensive conscious pain and suffering up and until the time of his death on April 2, 2015. The Plaintiff, Jamie Petroskey, as his surviving wife and Personal Representative of his Estate, is claiming, as part of the Survival Action pursuant to the District of Columbia Code Section 12-101 (Survival Act), the following damages on behalf of the Estate of Kyle David Petroskey:

   a. Extensive and immense conscious pain and suffering, including but not limited to the following: extensive chemotherapy and radiation treatment, severe nausea and vomiting, severe fatigue, constipation, diarrhea, dizziness, severe weight loss, inability to eat, inability to drink due to pain, severe chest pain, pneumonia, severe skin changes, sinus congestion and infection, drug reaction due to chemotherapy, growth on face and nose, disfigurement of the face and nose, PEG feeding tube infection, ringing in both the left and right ears, pneumonia, hair loss, severe memory loss due to being on morphine and heavy pain medication, inability to walk for periods of time, and inability

to conceive a child from June 2012 to April 2015 based on the dangers to conceive a child during radiation and chemotherapy because of the possibility of birth defects;

  b. Multiple hospital admissions to Walter Reed National Military Medical Center on June 6, 2012, June 11, 2012 to June 25, 2012, July 22 to August 2, 2012, August 6, 2012 to August 9, 2012, August 22, 2012, November 8, 2012, November 21, 2012, December 28, 2012, January 15, 2013 to January 25, 2013, February 6, 2013, April 3, 2013, September 10, 2014, September 12, 2014 to October 3, 2014, October 30, 2014 to November 4, 2014, November 11, 2014 to November 19, 2014, November 23, 2014 to November 26, 2014, December 8, 2014, February 2, 2015 to February 4, 2015, February 23, 2015 to February 26, 2015, and March 9, 2015 to April 2, 2015 (date of death); and

  c. All other damages that are recognized under District of Columbia Law pertaining to survival actions.

WHEREFORE, the Plaintiff, Jamie Petroskey, as Personal Representative of the Estate of Kyle David Petroskey, demands judgment against the Defendants, David C. Grant, M.D. and Center Radiology, P.C., individually, jointly and severally, for monetary damages in the amount of FIFTY MILLION DOLLARS ($50,000,000.00) together with the costs of this action.

Respectfully Submitted,

JOSEPH GREENWALD & LAAKE, P.A.

By:   __/s/Andrew E. Greenwald_____
       Andrew E. Greenwald, DC Bar #034918
       Steven B. Vinick, DC Bar #439359
       Christopher M. FitzPatrick, DC Bar #79917
       6404 Ivy Lane, Suite 400
       Greenbelt, Maryland 20770
       (301) 220-2200

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __ day of June, 2015, a copy of the foregoing was served via CM/ECF to the following:

Andrew J, Spence, Esquire
Steven Altman, Esquire
Altman, Spence, Mitchell and Brown
10306 Eaton Place, Suite 200
Fairfax, Virginia 22030

                                            __/s/Andrew E. Greenwald_____
                                              Andrew E. Greenwald